# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TAP FINANCE, INC.,
        Plaintiff,

v.                                                                              Case No. 07C0270

UROLOGY SPECIALISTS, S.C.,
        Defendant.

## ORDER

Plaintiff brought this diversity action for breach of contract on March 21, 2007. The Clerk entered default on April 20, 2007 and plaintiff now requests that I enter default judgment in the amount of $93,383.51. It is well-established that "[a] judgment by default may not be entered without a hearing on damages unless the amount claimed is liquidated or capable of ascertainment from definite figures contained in the documentary evidence or in detailed affidavits." U.S. v. DiMucci, 879 F.2d 1488, 1497 (7th Cir. 1989). In support of its motion, plaintiff has filed no supporting documentation justifying its damages award. At this time, I am unable to determine how plaintiff has arrived at its claimed damages amount.

        **Therefore,**

    **IT IS ORDERED** that plaintiff file with the court within 21 days a detailed accounting of how it arrived at its damages numbers, with supporting documents, if necessary.

Dated at Milwaukee, Wisconsin, this 7 day of August, 2007

/s_____
LYNN ADELMAN
District Judge